## UNITED STATES BANKRUPTCY COURT
### Western District of Illinois

IN RE:                                              CHAPTER 13
ROGER H. STOECKEL
GAIL I. STOECKEL                                    CASE NO. 09-72827

### NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** <u>BAC Home Loans Servicing LP</u>     **Court claim #:** **(if known)** <u>2</u>

**Last four digits** of any number used to identify the debtor's account: 3650

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | <u>$26,593.35</u> |
| Amount Paid by Trustee | <u>$26,593.35</u> |

| *Monthly ongoing Mortgage Payment* | |
|---|---|
| Mortgage is paid: | |
| ☐    Thru the Chapter 13 Plan | ☒    Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  5/21/2012                    /s/Fiona Whelan
                                     Fiona Whelan, Attorney for
                                     Lydia S. Meyer, Trustee
                                     308 W. State St., Suite 212
                                     Rockford, IL  61101

### Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 21st Day of May, 2012.

Dated:  5/21/12                      /s/Cynthia K. Burnard

BAC HOME LOANS SERVICING LP
BANKRUPTCY DEPARTMENT MS: TX2-982-03-03
7105 CORPORATE DRIVE
PLANO, TX 75024

WILSHIRE CREDIT CORP.
14523 W. MILLIKIN WAY, SUITE 200
BEAVERTON, OR  97005

WILSHIRE CREDIT CORPORATION
PO BOX 1650
PORTLAND, OR  97207-1650

PIERCE & ASSOCIATES
ATTORNEYS AT LAW
1 NORTH DEARBORN, SUITE 1300
CHICAGO, IL  60602

ROGER H. STOECKEL
GAIL I. STOECKEL
7511 GRACE DRIVE
ROSCOE, IL  61073

ATTORNEY GARY C. FLANDERS
ONE COURT PLACE #201
ROCKFORD, IL  61101